UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL T. SPADAFORA and KAREN K. SPADAFORA,<br><br>    Petitioners,<br>  v.<br><br>UNITED STATES COMMISSIONER OF INTERNAL REVENUE SERVICE and REVENUE AGENT L. MEDEIROS,<br><br>    Respondents. | Case No.: 10-MC-80224-LHK<br><br>ORDER TO SHOW CAUSE |

Petitioners move this Court to quash the third party record keeper summons issued to Wells Fargo Bank by the Internal Revenue Service. It appears that Petitioners served Respondents on September 8, 2010. It is not clear whether Petitioners' service complied with 26 U.S.C. § 7609(b)(2)(B). The Court has received no response from Respondents. Accordingly, Respondents are ORDERED TO SHOW CAUSE in writing by January 7, 2011, as to why the summons should not be quashed or to otherwise respond.

Petitioners are ordered to serve a copy of this Order on Respondents by registered or certified mail and file proof of service with the Court by Monday, December 13, 2010. Alternatively, if Petitioners no longer to seek to quash the summons, they shall file a notice of dismissal.

**IT IS SO ORDERED.**

Dated: December 6, 2010

                                                LUCY H. KOH
                                                United States District Judge