**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL T. SPADAFORA and KAREN K. SPADAFORA,<br><br>     Petitioners,<br>  v.<br><br>UNITED STATES COMMISSIONER OF INTERNAL REVENUE SERVICE and REVENUE AGENT L. MEDEIROS,<br><br>     Respondents. | Case No.: 10-MC-80224-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On January 14, 2011, the Court ordered Petitioners to show cause why the instant Petition to quash the IRS summons should not be dismissed pursuant to Rule 41(b) for failure to prosecute or to comply with the Court's orders. The Court stated that if Plaintiffs failed to file a response by February 4, 2011, the Petition would be dismissed. It is now February 17, 2011, and Petitioners have not responded to the Court's order. Accordingly, the Court hereby DISMISSES the Petition with prejudice pursuant to Rule 41(b). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 17, 2011

                    _Lucy H. Koh_
                    LUCY H. KOH
                    United States District Judge